IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFERY D. SHORES, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-918-RWS-JKL |
| SECRETARY, DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
|     Respondent. | : | |

## FINAL REPORT AND RECOMMENDATION

Florida resident Jeffery D. Shores mailed to this Court a "Motion for Authorization to File a New Habeas Petition" requesting authorization pursuant to 28 U.S.C. § 2244(b)(3) to file a second or successive habeas petition attacking a Florida state court conviction. *See* (Doc. 1). Because such requests must be directed to "the appropriate circuit court of appeals," 28 U.S.C. § 2244(b)(3)(A), and Mr. Shores captioned his filing as one in "United States 11th Circuit Court of Appeals," (Doc. 1 at 1), it is evident that he must have misaddressed his filing and sent it in error to the Clerk of this Court, rather than to the Clerk of the United States Court of Appeals for the Eleventh Circuit.

AO 72A
(Rev.8/82)

Accordingly, the undersigned **RECOMMENDS** that this case be **ADMINISTRATIVELY CLOSED** and that the Clerk be **DIRECTED** to forward Mr. Shores's original filing to the Clerk of the Eleventh Circuit.

Mr. Shores is advised that the mailing address for the Eleventh Circuit is:

> United States Court of Appeals for the Eleventh Circuit
> Elbert P. Tuttle Courthouse
> 56 Forsyth Street, NW
> Atlanta, GA 30303

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 29th day of March, 2016.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)