IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFERY D. SHORES, :
:
    Petitioner, :
:
v. :   CIVIL ACTION NO.
:   1:16-CV-918-RWS
SECRETARY, DEPARTMENT :
OF CORRECTIONS, :
:
    Respondent. :

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John K. Larkins, III [Doc. No. 2]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 2] is hereby approved and adopted as the opinion and order of this Court. As such, this action is ADMINISTRATIVELY CLOSED. The Clerk is DIRECTED to forward the original filing to the Clerk of the Eleventh Circuit.

**SO ORDERED**, this 20th day of April, 2016.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)